IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 21-cr-40077-SMY |
| | ) |
| DARIUS BARNERS, | ) |
| | ) |
| Defendant. | ) |

# ORDER

**YANDLE, District Judge:**

Before the Court is Defendant Darius Barners' *pro se* motion to obtain copies (Doc. 45). Barners seeks copies of docket entries, plea agreement, and sentencing transcripts.

Defendants have no constitutional right to a complimentary copy of any document in their court files. *See United States v. Groce*, 838 F. Supp. 411, 413, 414 (E.D. Wis. 1993). Thus, before providing copies free of charge, a district court may require the requestor to show: (1) that he has exhausted *all* other means of access to his files (*i.e.*, through his trial and appellate counsel); (2) that he is financially unable to secure access to his court files (*i.e.*, through a showing similar to that required in 28 U.S.C. § 1915(a)(2) which includes a certified copy of the prisoner's trust account for the previous six-month period prior to filing); and (3) that the documents requested are necessary for some specific non-frivolous court action. *See United States v. Wilkinson*, 618 F.2d 1215, 1218-19 (7th Cir. 1980); *Rush v. United States*, 559 F.2d 455, 459 (7th Cir. 1977). These minimal requirements do not impose any substantial burden to prisoners who desire their records be sent to them at government expense.

Barners has not made the requisite showing as it relates to the plea agreement and sentencing transcripts. He has not demonstrated that he has exhausted all other means of obtaining

the documents or that the documents are necessary for a specific court action. The Court will, however, provide him with a copy of the docket sheet.

The motion is **GRANTED IN PART and DENIED IN PART**. The Clerk of Court is **ORDERED** to send to Defendant, Darius Barners, a copy of the docket sheet from case 21-40077-SMY. If Barners wishes to pay for a copy of the requested documents, he will need to send a letter to the Clerk of Court and request the cost of production.

**IT IS SO ORDERED.**

**DATED: June 14, 2023**

**STACI M. YANDLE**
**United States District Judge**